**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Heber Humberto PORRAS–HERNANDEZ, also known as Jorge Arturo Alacios, also known as Heber Porras, also known as Heber Humerto Hernandez–Porras, also known as Heber Humberto Hernandez–Porras, Defendant–Appellant.**

No. 10–50854
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 21, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Alex A. Mèlendez, Esq., El Paso, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Heber Humberto Porras–Hernandez (Porras)

---

has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Porras has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Porras's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.